IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIGENE CORPORATION,

                                  ORDER

          Plaintiff,

                            3:07-cv-00022-bbc

     v.

THIRD WAVE TECHNOLOGIES, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Plaintiff's motion for entry of a Rule 54(b) judgment to allow plaintiff to take an interlocutory appeal is DENIED.

     Entered this 14th day of November, 2007.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge