IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIGENE CORPORATION,

               ORDER

    Plaintiff,

               3:07-cv-00022-bbc

  v.

THIRD WAVE TECHNOLOGIES, INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   IT IS ORDERED that plaintiff Digene Corporation's complaint against defendant Third Wave Technologies, Inc., is DISMISSED.

   FURTHER, IT IS ORDERED that counterclaims 1 through 4 asserted against defendant by plaintiff are DISMISSED as well.

   Entered this 23rd day of November, 2007.

           BY THE COURT:

          /s/

          BARBARA B. CRABB
          District Judge