IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIGENE CORPORATION,

                                                  ORDER

              Plaintiff,

                                           3:07-cv-00022-bbc

   v.

THIRD WAVE TECHNOLOGIES, INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Third Wave Technologies, Inc., has submitted a proposed amendment to the January 11, 2008 order dismissing defendant Third Wave's antitrust claims.  I will grant defendant's motion for clarification of the court order relating to the Anti-Kickback Act, using the language proposed by defendant, unless plaintiff files a written objection with the court on or before February 4, 2008.

      Entered this 29th day of January, 2008.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge