IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIGENE CORPORATION,

    Plaintiff,

v.

THIRD WAVE TECHNOLOGIES, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-22-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant, Third Wave Technologies, Inc. on plaintiff Digene Corporation's complaint and in favor of plaintiff on defendant's counterclaims six, seven, eight and nine.

Approved as to form this 29th day of February, 2008.

*/s/ Barbara B. Crabb*
BARBARA B. CRABB,
DISTRICT JUDGE

*/s/ Theresa M. Owens*
Theresa M. Owens, Clerk of Court

Feb. 29 2008
Date