IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIGENE CORPORATION,

    Plaintiff/Counter-Defendant,

v.

THIRD WAVE TECHNOLOGIES, INC.,

    Defendant/Counter-Plaintiff.

Civil Action No. 07-C-0022-C

ORDER

Plaintiff Digene Corporation moves the Court to clarify the record with respect to the disposition of Third Wave's motion to strike allegedly new opinions from Digene's expert Jonathan Putnam (dkt # 212). In an Order dated December 28, 2007 (dkt #226), the Court denied Third Wave's motion. However, in the Court's Order of February 26, 2008 (Dkt #283), after describing Third Wave's motion to strike as an unresolved "loose end," the Court granted Third Wave's motion (in numbered paragraph 4).

The Court hereby VACATES the order stated in paragraph 4 of its February 26, 2008 Order. The December 28, 2007 Order (#226) states the Court's disposition of Third Wave's motion to strike new opinions from Dr. Putnam (#212).

Entered this 28th day of February, 2008.

BY THE COURT:

_____
BARBARA B. CRABB
District Judge